IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ELAN PHARMA INTERNATIONAL LTD. and FOURNIER LABORATORIES IRELAND LTD., <br><br> Plaintiffs, <br><br> v. <br><br> LUPIN LIMITED and LUPIN PHARMACEUTICALS, INC. <br><br> Defendants. | C.A. No. 2:09-cv-1008 (GEB)(MCA) <br><br> RECEIVED <br> MAR 29 2011 <br> AT 8:30 <br> WILLIAM T. WALSH M <br> CLERK |

**JOINT STIPULATION OF DISMISSAL**

IT IS HEREBY STIPULATED BY AND BETWEEN the parties to the above-entitled action by their attorneys, that:

(1) No party admits liability;

(2) Each party shall bear its own costs, attorneys' fees and expenses incurred in connection with the claims dismissed by this Order;

(3) The Complaint by Elan Pharma International Ltd. and Fournier Laboratories Ireland Ltd. against Lupin Limited and Lupin Pharmaceuticals, Inc. is hereby dismissed without prejudice; and

(4) The counterclaims by Lupin Limited and Lupin Pharmaceuticals, Inc. against Elan Pharma International Ltd. and Fournier Laboratories Ireland Ltd. are hereby dismissed without prejudice.

1249609_1

Dated: March 23, 2011                                      Respectfully submitted,

**GRAHAM CURTIN, P.A.**                                    **SAIBER LLC**

s/ Thomas R. Curtin                                        s/ Arnold B. Calmann
Thomas R. Curtin                                           Arnold B. Calmann
George C. Jones                                            Geri L. Albin
4 Headquarters Plaza                                       One Gateway Center, 10th Floor
P.O. Box 1991                                              Newark, New Jersey 07102-5311
Morristown, New Jersey 07962-1991                          (973) 622-3333
(973) 292-1700

*Attorneys For Plaintiff Fournier Laboratories             Attorneys for Defendants Lupin Limited and
Ireland Ltd.*                                              *Lupin Pharmaceuticals, Inc.*


OF COUNSEL:                                                OF COUNSEL:

Chad J. Peterman                                           William A. Rakoczy
Jesse A. Devine                                            Paul J. Molino
**PATTERSON BELKNAP WEBB & TYLER**                         Deanne M. Mazzochi
**LLP**                                                    **RAKOCZY MOLINO MAZZOCHI SIWIK**
1133 Avenue of the Americas                                **LLP**
New York, New York 10036-6710                              6 West Hubbard Street, Suite 500
(212) 336-2000                                             Chicago, Illinois 60654
                                                           (312) 222-6301


**McCARTER & ENGLISH, LLP**

s/ John E. Flaherty
John E. Flaherty
Jonathan M.H. Short
Four Gateway Center
100 Mulberry Street
Newark, New Jersey 07102
(973) 622-4444

*Attorneys For Plaintiff Elan Pharma
International Ltd.*

1249609_1

OF COUNSEL:

Jack B. Blumenfeld
Maryellen Noreika
**MORRIS, NICHOLS, ARSHT & TUNNELL LLP**
1201 N. Market Street
P.O. Box 1347
Wilmington, Delaware 19899-1347
(302) 658-9200

SO ORDERED: This the 28th day of March.

_____
HON. GARRETT E. BROWN, JR.
Chief United States District Judge